No. 391, Misc. BROADUS *v.* UNITED STATES. Application denied.

No. 513. HOFFMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Lester J. Schaffer* and *William A. Gray* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States.

No. 364, Misc. ROSS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari granted. *W. J. Durham* for petitioner. *Price Daniel,* Attorney General of Texas, *Charles D. Mathews,* First Assistant Attorney General, and *E. Jacobson,* Assistant Attorney General, for respondent.

No. 472. LAFAYETTE STEEL Co., INC. *v.* LUSTRON CORPORATION ET AL. C. A. 7th Cir. Certiorari denied. *Louis M. Mantynband, Sidney R. Zatz* and *Benjamin H. Schwartz* for petitioner. *William S. Collen* and *Jacob Cohen* for respondents.

No. 507. RECONSTRUCTION FINANCE CORPORATION *v.* LUSTRON CORPORATION ET AL. C. A. 7th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Michael Gesas, William S. Collen* and *Jacob Cohen* for respondents.

No. 475. BORG-WARNER CORPORATION, AS SUCCESSOR TO THE MARVEL CARBURETOR Co., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Charles D. Hamel,*